Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA 94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
MICHAEL HAMMONDS

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
MARCELO N. ILLARMO
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8944
marcelo.illarmo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL HAMMONDS,

    Plaintiff,

    v.

ANDREW SAUL,
COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

No. 1:19-CV-01139 (GSA)

**STIPULATION AND ORDER FOR FURTHER EXTENDING BRIEFING SCHEDULE (SOCIAL SECURITY DISABILITY APPEAL)**

Pursuant to the Court's Minute Order (ECF Doc. 16), IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that Plaintiff shall have a second extension of

STIPULATION EXTENDING BRIEFING SCHEDULE

time, in the amount of fifteen (15) days, to serve and file his Opening Brief. Plaintiff's counsel seeks the further extension due to illness. The new date for Plaintiff's Opening Brief shall be on or before April 30, 2020. All corresponding briefing deadlines are modified accordingly.

Respectfully submitted,

Dated: April 14, 2020  NEWEL LAW

By: *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
MICHAEL HAMMONDS

Dated: April 14, 2020  MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: Marcelo N. Illarmo*
MARCELO N. ILLARMO
(**Authorized by email dated 04/10/2020*)
Special Assistant U.S. Attorney
Attorneys for Defendant

IT IS SO ORDERED.

Dated: **April 14, 2020**    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

STIPULATION EXTENDING BRIEFING SCHEDULE